In the Matter of the Claim of MARY A. BOYLE, Respondent, against THE YELLOW TAXI CORPORATION, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 4, 1932; decided October 18, 1932.)

*Clarence B. Tippett* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Hector A. Robichon* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.